# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392



Leonard F. Joy
*Executive Director*

John J. Byrnes
*Attorney-in-Charge*

April 14, 2008

BY HAND
Robert W. Sweet
United States District Judge
  For the Southern District Of New York
500 Pearl Street
New York, New York

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-15-08

Re: United States v. Evangelista
    Crim. Dkt. 08 Cr. 172 (RMB)

The Hon. Sweet:

I am writing to inform the Court that Mr. Evangelista is to enter a guilty plea on April 22, 2008 before Magistrate Judge Eaton.

To that end, we request that the time between April 15, 2008 and April 22, 2008, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

Respectfully submitted,

Sabrina P. Shroff

cc: AUSA Smith

So ordered
Sweet USDJ
4.15.08