```
84p2evap kjc
```

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   UNITED STATES OF AMERICA,                New York, N.Y.
 4             v.                              08 Cr. 172(RWS)
 5   LINO EVANGELISTA,
 6             Defendant.
 7   ------------------------------x

                                              April 25, 2008
 9                                             11:20 a.m.

10   Before:
11
                    HON. DOUGLAS F. EATON,
12
                                              District Judge
13
                            APPEARANCES
14
15   MICHAEL J. GARCIA
          United States Attorney for the
16        Southern District of New York
     BY:  JASON SMITH
17        Assistant United States Attorney

18
     FEDERAL DEFENDERS OFFICE
19        Attorneys for Defendant
     BY:  SABRINA P. SHROFF
20
21   ALSO PRESENT:
22   ELENA RICH, Official Spanish Interpreter

Received MAY 02 2008 JUDGE SWEET CHAMBERS

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/6/08

*The recommendation and the plea are accepted. So ordered.*

[signature] USDJ 5-6-08